# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Eva Marie Large    :    CHAPTER 13

        Debtor    :    BANKRUPTCY NO. 19-13134

## O R D E R

AND NOW, this ____ day of _____, 2019, upon consideration of the debtor's application for extension of time to file Debtor's schedules, it is hereby ORDERED that said application is GRANTED and that the debtor shall have until June 13, 2019 in which to file the required documents.

**Date: May 30, 2019**

_____
Ashely M. Chan
Bankruptcy Judge

cc:    Irwin Trauss, Esquire
Philadelphia Legal Assistance
718 Arch Street, Suite 300 N
Philadelphia, PA 19106


William C. Miller, Esquire
Chapter 13 Standing Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107