United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-13134-amc
Eva Marie Large                                                         Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: May 30, 2019
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2019.
db            +Eva Marie Large,    6521 Marsden Street,    Philadelphia, PA 19135-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2019 at the address(es) listed below:
      IRWIN LEE TRAUSS    on behalf of Debtor Eva Marie Large itrauss@philalegal.org,   irwin@trauss.com
      REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION     bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Eva Marie Large            :   CHAPTER 13

        Debtor                 :   BANKRUPTCY NO. 19-13134

**O R D E R**

AND NOW, this         day of          , 2019, upon consideration of the debtor's application for extension of time to file Debtor's schedules, it is hereby ORDERED that said application is GRANTED and that the debtor shall have until June 13, 2019 in which to file the required documents.

**Date: May 30, 2019**

_____
Ashely M. Chan
Bankruptcy Judge

cc:   Irwin Trauss, Esquire
      Philadelphia Legal Assistance
      718 Arch Street, Suite 300 N
      Philadelphia, PA l9l06

      William C. Miller, Esquire
      Chapter 13 Standing Trustee
      1234 Market Street
      Suite 1813
      Philadelphia, PA 19107