**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: EVA MARIE LARGE | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No. 19-13134-amc |

**<u>CERTIFICATE OF SERVICE</u>**

I, Irwin Trauss, attorney for the debtor in the above captioned matter, hereby certify that I caused a copy

of the debtor's Original Chapter 13 Plan be served via regular first-class mail upon the creditors indicated below:

ARS
1643 North Harrison
Parkway Building H
Suite 100
Sunrise, Florida 33323

ARS
1643 North Harrison
Parkway
Building H, Suite 100
Sunrise, Florida 33323

Asset Maximization Group.,
Inc
P.O. Box 190191
S Richmond Hill,
New York 11419

City of Phila. Dept. of Water
Revenue
Law Department, 15th Floor,
One Parkway
Philadelphia, Pennsylvania
19102

Courtney L. Yeakel, Esq.
Ballard Spahr LLP
1735 Market Street
Philadelphia, PA 19103-7599

Enhanced Recovery
Company
P.O. Box 57547
Jacksonville, Florida  32241

PECO Energy Company
Attn: Merrick Friel
2301 Market Street, S23-1
Philadelphia, Pennsylvania
19103-1380

Philadelphia Gas Works
800 W Montgomery Ave
Philadelphia, Pennsylvania
19122

PNC Bank, National
Association

Customer Service, B6-
YM07-01-7
P.O. Box 1820, Dayton Ohio
45401-1820
Dayton, Ohio 45401-1820

PNC Bank,N.A
3232 Newmark Drive
Miamisburg, Ohio 45342

Sprint/Nextel
Corporate Headquarters,
2001 Edmund Hall
Reston, Virginia 20191

U.S. Department of Housing
& Urban Devel
Attention: Single Family
Notes Branch
451 Seventh Street, S.W.
Washington, D.C. 20410

June 14, 2019
Irwin Trauss
/s/  Irwin Trauss
PHILADELPHIA LEGAL ASSISTANCE
718 Arch Street, Suite 300N
Philadelphia, PA 19106 (215) 981-3811
itrauss@philalegal.org
*Attorney for Debtor, Eva Large*