# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-13134-AMC

EVA MARIE LARGE

6521 MARSDEN STREET

PHILADELPHIA, PA 19135-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

EVA MARIE LARGE

6521 MARSDEN STREET

PHILADELPHIA, PA 19135-

Counsel for debtor(s), by electronic notice only.

IRWIN LEE TRAUSS
718 ARCH ST
SUITE 300 N
PHILADELPHIA, PA 19106-

                              /S/ William C. Miller

Date: 8/1/2019                             _____

                                         William C. Miller, Esquire
                                         Chapter 13 Standing Trustee