In re:

    EVA MARIE LARGE                  Chapter 13

             Debtor                  Bankruptcy No. 19-13134-AMC

## CERTIFICATION OF NO EMPLOYMENT INCOME AND NO PAY ADVICES IN LIEU OF PAY ADVICES

*[Initialed: EL]* I EVA LARGE certify that I am currently not employed and have not been employed at any point during the last ~~15 years~~ *[handwritten: 6 years]*, approximately. Therefore, I did not receive any pay advices in the 60 days preceding the filing of my bankruptcy petition and am not able to provide evidence of payment from employers pursuant to 11 U.S.C. §521(a)(1)(B)(iv) as I have received no such payment.

Date: 8/7/2019                  By: *[signed: Eva Large]*

                                                           Name: Eva Marie Large