# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                     Chapter 13

                                     Bankruptcy No. 19-13134-AMC

EVA MARIE LARGE

6521 MARSDEN STREET

PHILADELPHIA, PA 19135-

        Debtor

## CERTIFICATE OF SERVICE

      **AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
      EVA MARIE LARGE

      6521 MARSDEN STREET

      PHILADELPHIA, PA 19135-

**Counsel for debtor(s), by electronic notice only.**
      IRWIN LEE TRAUSS
      718 ARCH ST
      SUITE 300 N
      PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
      Office of the U.S. Trustee
      Eastern District of Pennsylvania
      833 Chestnut Street, Suite 500
      Philadelphia, PA  19107

                               /s/ William C. Miller

Date: 8/19/2019

                            _____
                            William C. Miller, Esquire
                            Chapter 13 Standing Trustee