# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                          Chapter 13

                          Bankruptcy No. 19-13134-AMC

EVA MARIE LARGE

6521 MARSDEN STREET

PHILADELPHIA, PA 19135-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

EVA MARIE LARGE

6521 MARSDEN STREET

PHILADELPHIA, PA 19135-

Counsel for debtor(s), by electronic notice only.

    IRWIN LEE TRAUSS
    718 ARCH ST
    SUITE 300 N
    PHILADELPHIA, PA 19106-

Date: 1/16/2020

/S/ William C. Miller
_____

William C. Miller, Esquire
Chapter 13 Standing Trustee