IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :        CHAPTER 13

   Eva Marie Large                  :

      Debtor                        :        BANKRUPTCY NO. 19-13134

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

<u>**Eva Marie Large**</u> has filed a **MOTION** with the Court asking the Court to <u>**reconsider and vacate its order dated January 14, 2020 denying confirmation of Debtor's Original Proposed Chapter 13 Plan.**</u>

**<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one, in the above captioned adversary case.  (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **Wednesday February 12, 2020** you or your attorney must do the following:

        (a)    File an answer explaining your position at

            Clerk, U.S. Bankruptcy Court,
            Eastern District of Pennsylvania
            900 Market Street, 4th Floor
            Philadelphia, PA 19106

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b)    Mail a copy to the movant's attorney:

            Irwin Trauss, Esquire
            Philadelphia Legal Assistance

**Notice of Motion, Response Deadline and Hearing Date**
**Page 2**

                    718 Arch Street, Suite 300N
                    Philadelphia, PA 19106
                    (215) 981-3811 (direct line)
                    (215) 981-3870 (fax)
                    itrauss@philalegal.org

2.	If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.	A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on <u>Tuesday, February 25, 2020</u> at <u>11:00</u> A.M. in Courtroom Number <u>4 (Room 204)</u>, United States Bankruptcy Court, 900 Market Street, Philadelphia. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by F.R.B.P. 9014(d).

4.	If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b). In this case, the motion has been previously served upon you.

5.	You may contact the Bankruptcy Clerk's office at 215-408-2819 to find out whether the hearing has been canceled because no one filed an answer.

Date: January 28, 2020       <u>/s/Irwin Trauss</u>
                                      Irwin Trauss, Esquire
                                      Attorney for Debtor