United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Eva Marie Large  
    Debtor

Case No. 19-13134-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 2    Date Rcvd: Feb 28, 2020  
                     Form ID: 152       Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2020.

```
db            +Eva Marie Large,    6521 Marsden Street,    Philadelphia, PA 19135-2708
14341760      +ARS,    1643 North Harrison Parkway Building H,    Suite 100,    Sunrise, Florida 33323-2857
14325143      +ARS,    1643 North Harrison Parkway Building H,    Suite 100,    Sunrise,FL 33323-2857
14325145      +Asset Maximization Group , Inc,    P.O. Box 190191,    S Richmond Hill,NY 11419-0191
14341762      +Asset Maximization Group , Inc,    P.O. Box 190191,    S Richmond Hill , New York 11419-0191
14325146       City of Phila. Dept. of Water Revenue,    Law Department, 15th Floor,,    One Parkway,
                Philadelphia,PA 19102
14341763       City of Phila. Dept. of Water Revenue,    Law Department, 15th Floor, One Parkway,
                Philadelphia, Pennsylvania 19102
14325147       Courtney L. Yeakel, Esq.,    Ballard Spahr LLP,    1735 Market Street,
                Philadelphia,PA 19103-7599
14327446      +PNC Bank National Association,    c/o Rebecca A Solarz, Esquire,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
14325151       PNC Bank, National Association,    Customer Service, B6-YM07-01-7,    P.O. Box 1820,,
                Dayton Ohio 45401-1820
14341768       PNC Bank, National Association,    Customer Service, B6-YM07-01-7,
                P.O. Box 1820, Dayton Ohio 45401-1820,    Dayton , Ohio 45401-1820
14341769      +PNC Bank,N.A,    3232 Newmark Drive,    Miamisburg, Ohio 45342-5421
14325152      +PNC Bank,N.A,    3232 Newmark Drive,    Miamisburg,OH 45342-5421
14341767      +Philadelphia Gas Works,    800 W Montgomery Ave,    Philadelphia, Pennsylvania 19122-2898
14325150      +Philadelphia Gas Works,    800 W Montgomery Ave,    Philadelphia,PA 19122-2898
14341771      +U.S. Department of Housing & Urban Devel,    Attention: Single Family Notes Branch,
                451 Seventh Street, S.W.,    Washington, D.C. 20410-0001
14327150      +U.S. Department of Housing and Urban Development,    451 7th. Street S.W.,
                Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: megan.harper@phila.gov Feb 29 2020 02:57:00      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 29 2020 02:56:36
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 29 2020 02:56:50      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14325148      +E-mail/Text: bknotice@ercbpo.com Feb 29 2020 02:56:42      Enhanced Recovery Company,
                P.O. Box 57547,    Jacksonville,FL 32241-7547
14341765      +E-mail/Text: bknotice@ercbpo.com Feb 29 2020 02:56:42      Enhanced Recovery Company,
                P.O. Box 57547,    Jacksonville, Florida 32241-7547
14326685       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 29 2020 03:00:37      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14325149       E-mail/Text: bankruptcygroup@peco-energy.com Feb 29 2020 02:56:18      PECO Energy Company,
                Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia,PA 19103-1380
14341766       E-mail/Text: bankruptcygroup@peco-energy.com Feb 29 2020 02:56:18      PECO Energy Company,
                Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, Pennsylvania 19103-1380
14341770       E-mail/Text: appebnmailbox@sprint.com Feb 29 2020 02:56:39      Sprint/Nextel,
                Corporate Headquarters, 2001 Edmund Hall,    Reston, Virginia 20191
14385619      +E-mail/Text: megan.harper@phila.gov Feb 29 2020 02:57:00      Water Revenue Bureau,
                c/o Pamela Elchert Thurmond,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                1401 John F. Kennedy Blvd.,    5th Floor,    Philadelphia, PA 19102-1613
                                                                                              TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14325144*     +ARS,    1643 North Harrison Parkway,    Building H, Suite 100,    Sunrise,FL 33323-2857
14341761*     +ARS,    1643 North Harrison Parkway,    Building H, Suite 100,    Sunrise , Florida 33323-2857
14341764*      Courtney L. Yeakel, Esq.,    Ballard Spahr LLP,    1735 Market Street,
                Philadelphia, PA 19103-7599
14357431*     +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                   Date Rcvd: Feb 28, 2020
                              Form ID: 152                Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2020 at the address(es) listed below:
              IRWIN LEE TRAUSS    on behalf of Debtor Eva Marie Large itrauss@philalegal.org,  irwin@trauss.com
              REBECCA ANN SOLARZ    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                            TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Eva Marie Large
    Debtor(s)

Case No: 19−13134−amc
Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 5/5/20 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107


    For The Court

    Timothy B. McGrath
    Clerk of Court

40 − 37
Form 152