**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| Eva Marie Large | | |
| Debtor | : | BANKRUPTCY NO. 19-13134 |
| Eva Marie Large | | |
| Debtor | : | |
| v. | | |
| | : | Motion for Valuation |
| U.S. Department of Housing | | Pursuant to 11 U.S.C. §506(a) and |
| Urban Development | | and (d) |
| Respondent | : | |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

**Eva Marie Large** has filed a **MOTION A MOTION FOR VALUATION PURSUANT TO 11 U.S.C. §506(a) and F.B.R.P. 3012(a) and (c)** with the court asking the court **to vaule the security upon which Defendant bases its proof of claim, to determine HUD's claim to be wholly unsecured under §506(a) and pursuant to 11 U.S.C.§ 506(d) to avoid any lien HUD may have on Debtor's home.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the court grant relief sought in the motion or if you want the court to consider your views on the motion, then on or before **August 7, 2020** you or your attorney must do all the following:

        (a)   File an answer explaining your position at

            Clerk, U.S. Bankruptcy Court,
            Eastern District of Pennsylvania
            900 Market Street, 4th Floor
            Philadelphia, PA 19106

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

**Notice of Motion, Response Deadline and Hearing Date**
**Page 2**

    (b)  Mail a copy to the movant's attorney:

      Irwin Trauss, Esquire
      Philadelphia Legal Assistance
      718 Arch Street, Suite 300
      Philadelphia, PA 19106
      (215) 981-3811 (direct line)
      (215) 981-3870 (fax)
      itrauss@philalegal.org

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

  3.  A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on Tuesday August 18, 2020 at 11:00 A.M. in Courtroom Number 4 (Room 204), United States Bankruptcy Court, 900 Market Street, Philadelphia. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by F.R.B.P. 9014(d).

  4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5.  You may contact the Bankruptcy Clerk's office at 215-408-2819 to find out whether the hearing has been canceled because no one filed an answer.

Date: July 20, 2020        /s/Irwin Trauss
                Irwin Trauss, Esquire
                Attorney for Eva Large