IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Eva Marie Large | : | |
| Debtor | : | BANKRUPTCY NO. 19-13134 |

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the Motion Pursuant to 11 U.S.C. §506(a) and Bankruptcy Rule 3012 to Value the Claim of HUD Secured by the Debtor's Interest in 6521 Marsden Street, Philadelphia, PA 19135 for the Purpose of Bifurcating Claim into Secured and Unsecured Portions and for an order avoiding HUD's lien pursuant to 11 U.S.C. §506(d), along with the notice of hearing postage prepaid and where indicated by email, or through the court's ecf system on the date noted below upon those listed below:

Victoria Chadwick
Secretary Held Specialist
Novad Management Consulting, LLC
2401 N.W. 23rd Street, Suite 1A1
Oklahoma City, OK 73107
victoria.chadwick@novadconsulting.com

U.S. Department of Housing and Urban Development
451 7th Street S.W.
Washington, D.C. 20410

William C. Miller, Esquire
Chapter 13 Trustee
via ecf
amc@ph13trustee.com
jmiller@ph13trustee.com


DATED:   July 20, 2020         /s/ Irwin Trauss
                               IRWIN TRAUSS, Esquire
                               Attorney for Debtor
                               Philadelphia Legal Assistance
                               718 Arch Street, Suite 300
                               Philadelphia, Pa 19106
                               itrauss@philalegal.org
                               215 981 3811, 215 437 2831(cell)