IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Eva Marie Large                :     CHAPTER 13

        Debtor                :     BANKRUPTCY NO.  19-13134

## PRE-CONFIRMATION CERTIFICATION
## OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
## WITH 11 U.S.C. SECTIONS 1325(a)(6), 1325(a)(8) AND (a)(9)

I Irwin Trauss upon my oath according to law, hereby certify as follows in connection with the confirmation hearing scheduled for September 15, 2020, in the above-referenced case:

1. The above-named debtor(s) will be able to make all payments under the plan and to comply with the plan.

2. The above-named debtor has paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations (of which there are none.)

3. The above-named debtor has filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

5. If this Certification is being signed by counsel of debtor(s), counsel certifies that debtor(s) was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.


DATED: 09/14/2020          BY:/s/ Irwin Trauss
                                        Irwin Trauss, Esquire
                                        Attorney for Debtor


Revised 04/24/06