# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| EVA MARIE LARGE | : | CASE NO: 19-13134amc |
| | : | |
| Debtor | : | |
| _____ | : | |

## ENRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance on behalf of Eva Marie Large, Debtor, in reference to the above captioned matter.

/s/ Alfonso G. Madrid
ALFONSO MADRID, ESQ.
Community Legal Services of Philadelphia
1410 W. Erie Ave.
Philadelphia, PA 19140
(215) 227-4795
Amadrid@clsphila.org

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly withdraw my appearance on behalf of Eva Marie Large, Debtor, in reference to the above captioned matter.

/s/ Irwin Lee Trause
PHILADELPHIA LEGAL ASSISTANCE
718 Arch St., Suite 300N
Philadelphia PA 19106
(215) 569-2922
itrauss@philalegal.org