Certificate Number: 17082-PAE-DE-038239191

Bankruptcy Case Number: 19-13134



17082-PAE-DE-038239191

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 2, 2024, at 3:08 o'clock PM MST, EVA M LARGE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 2, 2024               By:    /s/Orsolya K Lazar

                                    Name:  Orsolya K Lazar

                                    Title: Executive Director