Case 19-13134-amc   Doc 74   Filed 06/23/24   Entered 06/24/24 00:38:11   Desc Imaged
                                    Certificate of Notice   Page 1 of 4

United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-13134-amc

Eva Marie Large     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Jun 21, 2024     Form ID: 138OBJ     Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eva Marie Large, 6521 Marsden Street, Philadelphia, PA 19135-2708 |
| 14341762 | + | Asset Maximization Group , Inc, P.O. Box 190191, S Richmond Hill , New York 11419-0191 |
| 14325145 | + | Asset Maximization Group , Inc, P.O. Box 190191, S Richmond Hill,NY 11419-0191 |
| 14325146 | | City of Phila. Dept. of Water Revenue, Law Department, 15th Floor,, One Parkway, Philadelphia,PA 19102 |
| 14341763 | | City of Phila. Dept. of Water Revenue, Law Department, 15th Floor, One Parkway, Philadelphia, Pennsylvania 19102 |
| 14325147 | | Courtney L. Yeakel, Esq., Ballard Spahr LLP, 1735 Market Street, Philadelphia,PA 19103-7599 |
| 14327446 | + | PNC Bank National Association, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 22 2024 07:08:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 22 2024 07:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14325143 | ^ | MEBN | Jun 22 2024 07:04:44 | ARS, 1643 North Harrison Parkway Building H, Suite 100, Sunrise,FL 33323-2857 |
| 14341760 | ^ | MEBN | Jun 22 2024 07:04:45 | ARS, 1643 North Harrison Parkway Building H, Suite 100, Sunrise, Florida 33323-2857 |
| 14385619 | | Email/Text: megan.harper@phila.gov | Jun 22 2024 07:08:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14325148 | + | Email/Text: bknotice@ercbpo.com | Jun 22 2024 07:08:00 | Enhanced Recovery Company, P.O. Box 57547, Jacksonville,FL 32241-7547 |
| 14341765 | + | Email/Text: bknotice@ercbpo.com | Jun 22 2024 07:08:00 | Enhanced Recovery Company, P.O. Box 57547, Jacksonville, Florida 32241-7547 |
| 14326685 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 22 2024 07:10:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14325149 | | Email/Text: bankruptcygroup@peco-energy.com | Jun 22 2024 07:08:00 | PECO Energy Company, Attn: Merrick Friel, 2301 Market Street, S23-1, Philadelphia,PA 19103-1380 |
| 14341766 | | Email/Text: bankruptcygroup@peco-energy.com | Jun 22 2024 07:08:00 | PECO Energy Company, Attn: Merrick Friel, 2301 Market Street, S23-1, Philadelphia, Pennsylvania 19103-1380 |
| 14325151 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 22 2024 07:08:00 | PNC Bank, National Association, Customer Service, B6-YM07-01-7, P.O. Box 1820,, Dayton Ohio 45401-1820 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 21, 2024 | Form ID: 138OBJ | Total Noticed: 26 |

| Recip ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| 14341768 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 22 2024 07:08:00 | PNC Bank, National Association, Customer Service, B6-YM07-01-7, P.O. Box 1820, Dayton Ohio 45401-1820, Dayton, Ohio 45401-1820 |
| 14341769 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 22 2024 07:08:00 | PNC Bank,N.A, 3232 Newmark Drive, Miamisburg, Ohio 45342 |
| 14325152 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 22 2024 07:08:00 | PNC Bank,N.A, 3232 Newmark Drive, Miamisburg,OH 45342 |
| 14325150 | ^ MEBN | Jun 22 2024 07:04:53 | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia,PA 19122-2898 |
| 14341767 | ^ MEBN | Jun 22 2024 07:04:52 | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia, Pennsylvania 19122-2898 |
| 14341770 | Email/PDF: ais.sprint.ebn@aisinfo.com | Jun 22 2024 07:10:16 | Sprint/Nextel, Corporate Headquarters, 2001 Edmund Hall, Reston, Virginia 20191 |
| 14341771 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 22 2024 07:10:16 | U.S. Department of Housing & Urban Devel, Attention: Single Family Notes Branch, 451 Seventh Street, S.W., Washington, D.C. 20410-0001 |
| 14327150 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 22 2024 07:10:16 | U.S. Department of Housing and Urban Development, 451 7th. Street S.W., Washington, DC 20410-0002 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14325144 | *+ | ARS, 1643 North Harrison Parkway, Building H, Suite 100, Sunrise,FL 33323-2857 |
| 14341761 | *+ | ARS, 1643 North Harrison Parkway, Building H, Suite 100, Sunrise, Florida 33323-2857 |
| 14341764 | * | Courtney L. Yeakel, Esq., Ballard Spahr LLP, 1735 Market Street, Philadelphia, PA 19103-7599 |
| 14357431 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2024         Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALFONSO G. MADRID | on behalf of Debtor Eva Marie Large amadrid@clsphila.org madrid.alfonsob@notify.bestcase.com |
| DENISE ELIZABETH CARLON | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 21, 2024 | Form ID: 138OBJ | Total Noticed: 26 |

                on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

KENNETH E. WEST
                ecfemails@ph13trustee.com  philaecf@gmail.com

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Eva Marie Large
        Debtor(s)

Case No: 19−13134−amc
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/21/24

73 − 71
Form 138OBJ